IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


STEVEN C. TYLER,                    **JUDGMENT IN A CIVIL CASE**

                    Plaintiff,

                                        Civil Action No.
           v.                           05-891-CV-W-REL

JO ANNE B. BARNHART,

                    Defendant.


_____  **Jury Verdict(s).**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict(s).

  xx    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


        IT IS ORDERED:

                that Plaintiff's motion for summary judgment is denied.

        IT IS FURTHER ORDERED:

                that the decision of the Commissioner is affirmed.



                                        Patricia L. Brune, Clerk

Date: December 15, 2006                 By   /s/ Bonnie J. Rowland
                                        Deputy Clerk